The Hon. James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

NICHOLAS JAY SHRECK,

Defendant.

No. CR18-264-JLR

[PROPOSED]

**FINAL ORDER OF FORFEITURE**

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture for the following property:

1. One LG TracFone Smartphone Model L83BL, Serial No. 709VTUQ124190 with a Samsung MicroSD memory card 128GB;
2. One LG TracFone Smart Phone Model LG328BG;
3. One HyperGear Battery pack;
4. Two Sony DVD Optical Discs;
5. One FujiFilm Camera with a SanDisk SD memory card;
6. One Kodak Digital Camera;
7. One black mini digital camera:
8. One NAXA digital camera with a Samsung MicroSD memory card 64GB;
9. One digital camera with black electric tape;
10. One digital video camera with Samsung MicroSD card 64GB; and

Final Order of Forfeiture - 1
*United States v. Shreck,* CR18-264-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

11. Any and all images of child pornography, in whatever format and however stored.

The Court, having reviewed the United States' motion, as well as the other pleadings and papers filed in this matter, HEREBY FINDS that entry of a Final Order of Forfeiture is appropriate for the following reasons:

- In the plea agreement that Defendant Nicholas Jay Shreck entered on March 18, 2019, he agreed to forfeit his interest in the above-listed property (Dkt. No. 23, ¶ 7);
  - On May 28, 2019, the Court entered a Preliminary Order of Forfeiture finding the above-identified listed electronic equipment and images of child pornography forfeitable pursuant to 18 U.S.C. § 2253(a); forfeiting the Defendant's interest in the property; and ordering that the above-described images of child pornography be destroyed or retained for official investigative use, (Dkt. No. 28);
- Thereafter, the United States published notice of the pending forfeiture of the above-listed electronic equipment as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C) (Dkt. No. 36); and
- The time for filing third-party petitions has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-listed property exists in any party other than the United States;

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States; and

///
///
///

Final Order of Forfeiture - 2
*United States v. Shreck*, CR18-264-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. The United States Department of Homeland Security, and/or its representatives, are authorized to dispose of the property in accordance with the law.

IT IS SO ORDERED.

DATED this 27th day of September, 2019.

_____
THE HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

*s/Neal B. Christiansen*
NEAL B. CHRISTIANSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-2242
Neal.Christiansen2@usdoj.gov

Final Order of Forfeiture - 3
*United States v. Shreck,* CR18-264-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970